IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANN KURUTZ and JOHN KURUTZ, | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | NO. 2:22-cv-00554-MJH |
| v. | : | |
| | : | |
| AMERICAN STATES INSURANCE COMPANY, | : | |
| Defendant | : | |

## **ORDER**

**AND NOW**, this ____ day of _____ 2022, upon consideration of the Motion of Defendant American States Insurance Company to Dismiss Count II and to Strike Paragraphs 70 and 72 of Plaintiffs' Amended Complaint, and any opposition thereto, it is hereby **ORDERED** that said Motion is **GRANTED**.  It is further **ORDERED** as follows:

1. Count II of Plaintiffs JoAnn Kurutz and John Kurutz's Amended Complaint is **DISMISSED**; and

2. Paragraphs 70 and 72 of Plaintiffs JoAnn Kurutz and John Kurutz's Amended Complaint is **STRICKEN** with prejudice.

BY THE COURT:

_____
J.