**CERTIFICATE OF SERVICE**

Richard J. Barca, attorney for Defendant American States Insurance Company, certifies that on this 25th day of October 2022, he caused the attached Motion to Dismiss Count II and to Strike Paragraphs 70 and 72 of Plaintiffs' Amended Complaint to be electronically filed with the Court. Service of same will be made upon all counsel via the Court's ECF system.

s/Richard J. Barca
Richard J. Barca